UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHAUN RUSHING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  22-200 (UNA) |
| | ) | |
| U.S. ARMY *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION**

Plaintiff, appearing *pro se*, has filed a "Lawsuit 2 count," ECF No. 1, and an application to proceed *in forma pauperis*, ECF No. 3.  The Court will grant the *in forma pauperis* application and dismiss the case.

Plaintiff is a resident of Grand Rapids, Michigan, who has sued the U.S. Army and the United States for "110 Billion dollars."  In the one-page pleading, Plaintiff claims that as a U.S. citizen "he has the right to work for the United States government.  And, has the right to be official."  Plaintiff then shifts, alleging only that "[a]t 14 or 15 years old," he "was wrongfully bound over which in the United States is against the law."  He "claims his right to equality, Freedom, and Justice."

"[F]ederal courts are without power to entertain claims otherwise within their jurisdiction if," as here, "they are so attenuated and unsubstantial as to be absolutely devoid of merit, wholly insubstantial, [or] obviously frivolous[.]"  *Hagans v. Lavine*, 415 U.S. 528, 536–37 (1974) (internal quotation marks and citations omitted).  Consequently, this action will be dismissed.  A separate order accompanies this Memorandum Opinion.

_____/s/_____
AMIT P. MEHTA
United States District Judge

Date:  March  18, 2022